IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William J. Ramos, Jr,<br><br>    Petitioner,<br><br>    vs.<br><br>Kevin Chappell, Acting Warden of California State Prison at San Quentin,<br><br>    Respondent. | No.  3-05-CV-03752-SI<br><br>*Death-Penalty Case*<br><br>[~~PROPOSED~~] ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION |

For good cause shown, Petitioner's Motion for Extension of Time to File Amended Petition is granted.  Petitioner shall file his Amended Petition for Writ of Habeas Corpus on or before June 16, 2014.

Dated: 4/30/14 _____    _____
                                    The Honorable Susan Illston
                                    United States District Judge