UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. RAMOS,<br><br>      Plaintiff,<br><br>    v.<br><br>ROBERT L. AYERS, et al.,<br><br>      Defendants. | Case No. 05-cv-03752-SI<br><br>**ORDER DISMISSING PETITION WITH PREJUDICE** |

Pursuant to an agreement reached in state court, the parties have filed a stipulation to dismiss petitioner's federal habeas petition with prejudice. ECF Dkt. No. 76. Under the agreement, the Contra Costa County Superior Court resentenced petitioner to life without parole and petitioner agreed to discontinue his federal habeas proceedings.

In accordance with the parties' stipulation, the Court hereby dismisses petitioner's federal habeas petition with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: August 20, 2024

_____
SUSAN ILLSTON
United States District Judge